JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Lisa Cleveland and Robert Broncel

**DEFENDANTS**
Ret Judge Donald A. Kessler, Essex County, New Jersey
JP Morgan Chase, Deutsche Bank, SP Servicing

(b) County of Residence of First Listed Plaintiff: **Essex**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Essex**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [x] 443 Housing/Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
*Habeas Corpus:*
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
*Other:*
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: **42 USC Section 1983**
Brief description of cause: We seek quiet title for our former property.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: Lisa M. Adubato
DOCKET NUMBER: ESX-DC-011070-20

DATE: January 12, 2021
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Lisa S Cleveland and Robert Broncel

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Ret Judge Donald A Kessler

Essex County, NJ

JP Morgan Chase

SP Servicing

Deutche Bank

**COMPLAINT**

Jury Trial: ✓ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | Lisa Cleveland and Robert Broncel |
| | Street Address | 150 Montrose Avenue c/o PO Box 202, Maplewood NJ 07040 |
| | County, City | Essex County, South Orange |
| | State & Zip Code | NJ 07079-2415 |
| | Telephone Number | 973-902-5415 |

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  See Attached
                  Street Address
                  County, City
                  State & Zip Code

Defendant No. 2   Name
                  Street Address
                  County, City
                  State & Zip Code

Defendant No. 3   Name
                  Street Address
                  County, City
                  State & Zip Code

Defendant No. 4   Name
                  Street Address
                  County, City
                  State & Zip Code

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   [✓] Federal Questions          [ ] Diversity of Citizenship
   [ ] U.S. Government Plaintiff  [ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

- 2 -

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Jason Miller, Esq. |
| Job or Title *(if known)* | General Counsel - SP Servicing |
| Street Address | P.O. Box 65277 |
| City and County | Salt Lake City in Salt Lake County |
| State and Zip Code | Utah 84165-0277 |
| Telephone Number | 1-801-293-3936 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Stacey Friedman, Esq. |
| Job or Title *(if known)* | General Counsel - JP Morgan Chase |
| Street Address | 383 Madison Ave |
| City and County | New York in New York County |
| State and Zip Code | NY 10017 |
| Telephone Number | (212) 270-6000 |
| E-mail Address *(if known)* | executive.office@chase.com; stacey.friedman@jpmorgan.com |

Defendant No. 3

| | |
|---|---|
| Name | Donald A. Kessler |
| Job or Title *(if known)* | Retired Judge, c/o Chris Durkin, Clerk of Essex County |
| Street Address | 465 Dr Martin Luther King Jr Blvd |
| City and County | Newark in Essex County |
| State and Zip Code | NJ 07102 |
| Telephone Number | 973-621-4921 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Essex County, New Jersey |
| Job or Title *(if known)* | County, c/o Chris Durkin, Clerk of Essex County |
| Street Address | 465 Dr Martin Luther King Jr Blvd |
| City and County | Newark in Essex County |
| State and Zip Code | NJ 07102 |
| Telephone Number | 973-621-4921 |
| E-mail Address *(if known)* | |

2a

Defendant No. 5

    Name                         Joseph Salama

    Job or Title *(if known)*     General Counsel of the Americas

    Street Address             60 Wall Street

    City and County          New York, New York County

    State and Zip Code       NY 10005

    Telephone Number       212-250-9536

    E-mail Address *(if known)*


Defendant No. 6

    Name                         Robbie Harrington – American Security

    Job or Title *(if known)*     Insurance Company, General Counsel

    Street Address             260 Interstate North Circle SE

    City and County          Atlanta

    State and Zip Code       Georgia 30339-2210

    Telephone Number       212-250-9536

    E-mail Address *(if known)*

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

   Plaintiff(s) state(s) of citizenship _____

   Defendant(s) state(s) of citizenship _____

III. **Statement of Claim:**  See attached.

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? _____

_____

B.  What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

[What happened to you?]

C.  Facts: _____

_____

_____

_____

_____

[Who did what?]

_____

_____

_____

[Was anyone else involved?]

_____

_____

_____

[Who else saw what happened?]

_____

IV.     **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____
_____
_____
_____
_____
_____
_____
_____

V.     **Relief:** See attached.

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

My home was sold during a Sheriff's sale, after an arduous fight with all of the above named parties. The sale is predicated on two faulty assignments from JP Morgan Chase. I was never given the opportunity by the Judge, nor any of the involved parties to be heard, as the Judge rejected my claims and entered a Default Judgment. The Judge is a resident of my town and and the look of impropriety where a Judge adjudicates a matter that potentially impacts him personally is palpable. My husband Robert Broncel is also fully aware of all of the facts.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The loss of the home where my husband and I raised our three bi-racial children, because of the continued abuses in the Essex County Court System, along with the practices of a Predatory Lender, and a corrupt Servicer should not go unchallenged. These are problems that continue to plague hardworking women of color. The house and the land on which it sits is unique and therefore irreplaceable. It is my right to have the liberty to

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim ~~you are~~ entitled to actual or punitive money damages.

I would like the Court to a) stop [to halt] the Predatory behavior enumerated herein of SP Servicing, Deutsche Bank, JP Morgan Chase and set an example for local Judiciary within the State Courts for their willing complicity; b) I beseech the Court to set aside the Default Judgment so that the evidence can be heard, and my due Process be granted and restored; and c) extend my right to remain in our current residence until two months after the pandemic has been declared over by Governor Tom Murphy, or the Federal Moratorium has been lifted, or this matter is decided, whichever is later and d) award us $2 million, which represents the $1.7 million that I owed SP Servicing at the time of the sale + Attorneys Fee equivalency for me representing my families interests from the time that we could no longer afford an attorney. This will allow me to compensate the buyer by returning his money and expenses in terms of real estate taxes, as well as move forward with our lives.

*[Handwritten insertion:]* The final Judge – Judge Paganelli was the only person that carefully examined my evidence & understood my point, but I had mistakenly made a Motion for Reconsideration before Judge Kessler before & the Paganelli Motion should have been before the Appellate Division. Navigating this Judicial maze as a Pro-Se Defendant has not been easy. Unclear to the due to the machinations of ~~the~~ JPM.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __12__ day of __January__, 20__21__.

Signature of Plaintiff _____
Mailing Address __P.O. Box 202__
__Maplewood NJ 07040__

Telephone Number __973-902-5415__
Fax Number *(if you have one)* __973-218-8400__
E-mail Address __LisaSCleveland@gmail.com__

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____